## Hollis *et al.* v. Harris *et al.*

APPEAL from Chancery Court of Pike.

Heard before Hon. JERE N. WILLIAMS.

JOHN D. GARDNER for appellants.

W. L. Parks, *contra*.

This bill was filed by appellants against the appellees, and sought to enjoin an action of ejectment. On final hearing, the bill was dismissed. Affirmed in part, and reversed and remanded in part.

Opinion by McClellan, J.